# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-0026

———————————————

VICENTE HERNANDEZ,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
Joshua M. Hawkes, Judge.

July 22, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender; Flor Diaz-Wayt, Megan Lynne Long, and Ashley C. Alvarez, Assistant Public Defenders, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.